**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | *Robert* | |
| | | First name | First name |
| | | *K* | |
| | | Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | *Heit* | |
| | | Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | *xxx-xx-8323* | |

Debtor 1    **Robert K Heit**                                                                    Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ☐ I have not used any business name or EINs. | |
| | **FDBA Heit Rehabilatation & Optimal Health Center S.C.  EIN - 36-4452806** **FDBA Heit Health Center S.C.  EIN - 46-1976363** **FDBA Heit Health & Wellness Center  EIN - 47-5216570** | ☐ I have not used any business name or EINs. |
| Include trade names and *doing business as* names | Business name(s) | Business name(s) |
| | EINs | EINs |

| | | |
|---|---|---|
| **5.** **Where you live** | | If Debtor 2 lives at a different address: |
| | **4402 Windsor Court** **Loves Park, IL 61111** | |
| | Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| | **Winnebago** | |
| | County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | **7431 E. State Street, #256** **Rockford, IL 61108** | |
| | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:* | *Check one:* |
| | ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Robert K Heit**                                                      Case number *(if known)*

---

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

■ Yes.

| | Debtor | *Heit Health Center S.C.* | Relationship to you | *Owner* |
|---|---|---|---|---|
| | District | *ND IL WD* | When | Case number, if known |
| | Debtor | *Heit Rehabiation & Opitmal Healthe Center S.C.* | Relationship to you | *Owner* |
| | District | *ND IL WD* | When | Case number, if known |

---

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1   **Robert K Heit**                                                                            Case number *(if known)*

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

---

12. **Are you a sole proprietor of any full- or part-time business?**

    ■ No.   Go to Part 4.

    ☐ Yes.   Name and location of business

    A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

    _____

    Name of business, if any

    If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

    _____

    Number, Street, City, State & ZIP Code

    *Check the appropriate box to describe your business:*

    ☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐   None of the above

---

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

    For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

    *If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

    ■ No.   I am not filing under Chapter 11.

    ☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

    ☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    ■ No.

    ☐ Yes.   What is the hazard?   _____

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    If immediate attention is needed, why is it needed?   _____

    Where is the property?   _____

    _____

    Number, Street, City, State & Zip Code

---

Debtor 1    **Robert K Heit**

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Robert K Heit**

**Part 6:**   Answer These Questions for Reporting Purposes

| 16. | What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."* |
|---|---|---|---|

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.*

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Part 7:**   Sign Below

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Robert K Heit**
Signature of Debtor 1

Signature of Debtor 2

Executed on   **01 / 26 / 2016**
MM / DD / YYYY

Executed on   _____
MM / DD / YYYY

Debtor 1    **Robert K Heit**                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Bernard J. Natale**                          Date    **January 27, 2016**
Signature of Attorney for Debtor                          MM / DD / YYYY

**Bernard J. Natale**
Printed name

**Bernard J. Natale, Ltd**
Firm name

**Edgebrook Office Center**
**1639 N. Alpine Road, Suite 401**
**Rockford, IL 61107**
Number, Street, City, State & ZIP Code

Contact phone    **(815) 964-4700**                Email address    **natalelaw@bjnatalelaw.com**

**2018683 Illinois**
Bar number & State

---

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | *Robert K Heit* | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

| | | |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $ 129,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................. | $ 71,699.78 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.......................................... | $ 200,699.78 |

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

| | | |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 329,712.68 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F..............................* | $ 113,000.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.........................* | $ 323,958.10 |
| | **Your total liabilities** | $ 766,670.78 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I...............................* | $ 5,040.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J.........................................* | $ 4,755.68 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    *Robert K Heit*                                      Case number *(if known)*

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form      $ _____
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 113,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 59,464.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 172,464.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| Debtor 1 | *Robert K Heit* | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number _____

☐ Check if this is an amended filing

# Schedule A/B: Property                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| 1.1 | | What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

*4402 Windsor Court*
Street address, if available, or other description

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

*Loves Park*       *IL*     *61111-0000*
City              State    ZIP Code

**Current value of the entire property?**  $129,000.00
**Current value of the portion you own?**  $129,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
*Fee Simple*

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

*Winnebago*
County

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:
*4402 Windsor Court, Loves Park IL 61111*

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**  $129,000.00

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Robert K Heit**                                    Case number *(if known)* _____

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | **Ford** |
|---|---|---|
| | Model: | **Windstar** |
| | Year: | **1998** |
| | Approximate mileage: | |
| | Other information: | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$500.00**

Current value of the portion you own? **$500.00**

| 3.2 | Make: | **Jeep** |
|---|---|---|
| | Model: | **Liberty** |
| | Year: | **2003** |
| | Approximate mileage: | |

Other information:

**Debtor paid $3,500 to Michelle Anderson, fiance, to purchase vehicle in Nov 2015. Vehicle to be retitled jointly with debtor and Anderson, but not done so to date. Insurance currently in name of Anderson as well.**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$3,500.00**

Current value of the portion you own? **$3,500.00**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>**    **$4,000.00**

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| *Normal complement of household goods and furnishings* | $2,500.00 |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| *Normal complement of household electronics* | $2,000.00 |
|---|---|

Debtor 1    *Robert K Heit*                                                      Case number *(if known)* _____

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
    other collections, memorabilia, collectibles
    ☐ No
    ■ Yes.  Describe.....

    | *Odd miscellaneous coin collection* | $500.00 |
    |---|---|

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
    musical instruments
    ■ No
    ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

    | *1 shotgun, 3 pistols* | $500.00 |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | *Normal complement of clothing* | $300.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

    | *Misc jewelry* | $50.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ................................................................................

    | $5,850.00 |
    |---|

**Part 4:**  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?                    Current value of the
                                                                                              portion you own?
                                                                                              Do not deduct secured
                                                                                              claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes...................................................................................................

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    *Robert K Heit*    Case number *(if known)*

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ■ Yes.......................    Institution name:

   | | | | |
   |---|---|---|---|
   | 17.1. | *Checking* | *Blackhawk Bank* | *$500.00* |
   | 17.2. | *Checking* | *Associated Bank* | *$100.00* |
   | 17.3. | *Savings* | *Associated Bank* | *$100.00* |
   | 17.4. | *Savings* | *Northwest Bank - Robert K Heit Family Trust* | *$100.00* |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ■ No
   ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ■ Yes.  Give specific information about them...................

   | Name of entity: | % of ownership: | | |
   |---|---|---|---|
   | *Heit Rehabilation & Optimal Health Center S. C. - business closed* | *100* | % | *$0.00* |
   | *Heit Health Center S.C. - business closed* | *100* | % | *$0.00* |
   | *Wells Fargo Shareowner Services* *Walgreens Boots Alliance, Inc.* | | % | *$1,645.42* |
   | *Heit Health & Wellness Center* | *100* | % | *$0.00* |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ■ No
   ☐ Yes. Give specific information about them    Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☐ No
   ■ Yes. List each account separately.

   | Type of account: | Institution name: | |
   |---|---|---|
   | *Fixed Index Annuity* | *North American* | *$20,336.00* |
   | *Fixed Index Annuity* | *American Equity* | *$17,217.00* |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Robert K Heit**    Case number *(if known)* _____

| | | |
|---|---|---|
| *IRA* | *Prudential* | *$500.00* |
| *IRA* | *Prudential* | *$2,000.00* |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☐ No
   ■ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

   | | |
   |---|---|
   | *(2) Illinois Bright Start College 529 Savings Plan (daugher $6,675.93) (son $9,512.43)* | *$16,188.36* |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
       benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | *Robert K Heit* | | Case number *(if known)* | |

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| *F & G Life - term insurance* | *Robert K. Heit Family Trust* | *$1.00* |
| *Prudential - universal life (xxx8898)* | *Robert K. Heit Family Trust* | *$3,160.00* |
| *Protective Life Insurance Company-term insurance* | *Robert K. Heit Family Trust* | *$1.00* |
| *TransAmerica Life Insurance Co.- term insurance* | *Robert K. Heit Family Trust* | *$1.00* |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☐ No
    ■ Yes. Give specific information..

| *Chicago Cub Baseball Season Tickets - 1/4 interest in Cooperative Agreement to purchase yearly season tickets.* | *$0.00* |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................. | *$61,849.78* |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    *Robert K Heit*                                              Case number *(if known)*  _____

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55.  **Part 1: Total real estate, line 2** ................................................................................................................  $129,000.00

56.  **Part 2: Total vehicles, line 5**                                                        $4,000.00

57.  **Part 3: Total personal and household items, line 15**                                   $5,850.00

58.  **Part 4: Total financial assets, line 36**                                               $61,849.78

59.  **Part 5: Total business-related property, line 45**                                      $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**                             $0.00

61.  **Part 7: Total other property not listed, line 54**                        +            $0.00

62.  **Total personal property.** Add lines 56 through 61...              $71,699.78    Copy personal property total           $71,699.78

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                                | $200,699.78 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Robert K Heit* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| *4402 Windsor Court Loves Park, IL 61111  Winnebago County*<br>*4402 Windsor Court, Loves Park IL 61111*<br>Line from *Schedule A/B*: *1.1* | *$129,000.00* | ■ *$15,000.00*<br>☐ 100% of fair market value, up to any applicable statutory limit | *735 ILCS 5/12-901* |
| *2003 Jeep Liberty*<br>*Debtor paid $3,500 to Michelle Anderson, fiance, to purchase vehicle in Nov 2015.  Vehicle to be retitled  jointly with debtor and Anderson, but not done so to date. Insurance currently in name of Anderson as well.*<br>Line from *Schedule A/B*: *3.2* | *$3,500.00* | ■ *$2,400.00*<br>☐ 100% of fair market value, up to any applicable statutory limit | *735 ILCS 5/12-1001(c)* |
| *Normal complement of household goods and furnishings*<br>Line from *Schedule A/B*: *6.1* | *$2,500.00* | ■ *$2,500.00*<br>☐ 100% of fair market value, up to any applicable statutory limit | *735 ILCS 5/12-1001(b)* |
| *Normal complement of household electronics*<br>Line from *Schedule A/B*: *7.1* | *$2,000.00* | ■ *$1,500.00*<br>☐ 100% of fair market value, up to any applicable statutory limit | *735 ILCS 5/12-1001(b)* |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor 1    **Robert K Heit**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Fixed Index Annuity: North American** <br> Line from *Schedule A/B*: **21.1** | $20,336.00 | ■ $20,336.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1006** |
| **Fixed Index Annuity: American Equity** <br> Line from *Schedule A/B*: **21.2** | $17,217.00 | ■ $17,217.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1006** |
| **(2) Illinois Bright Start College 529 Savings Plan (daugher $6,675.93) (son $9,512.43)** <br> Line from *Schedule A/B*: **24.1** | $16,188.36 | ■ $16,188.36 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(j)** |
| **F & G Life - term insurance Beneficiary: Robert K. Heit Family Trust** <br> Line from *Schedule A/B*: **31.1** | $1.00 | ■ 100% <br> ☐ 100% of fair market value, up to any applicable statutory limit | **215 ILCS 5/238** |
| **Prudential - universal life (xxx8898) Beneficiary: Robert K. Heit Family Trust** <br> Line from *Schedule A/B*: **31.2** | $3,160.00 | ■ $3,160.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(f)** |
| **Protective Life Insurance Company-term insurance Beneficiary: Robert K. Heit Family Trust** <br> Line from *Schedule A/B*: **31.3** | $1.00 | ■ 100% <br> ☐ 100% of fair market value, up to any applicable statutory limit | **215 ILCS 5/238** |
| **TransAmerica Life Insurance Co.- term insurance Beneficiary: Robert K. Heit Family Trust** <br> Line from *Schedule A/B*: **31.4** | $1.00 | ■ 100% <br> ☐ 100% of fair market value, up to any applicable statutory limit | **215 ILCS 5/238** |

3. **Are you claiming a homestead exemption of more than $155,675?**
(Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes

**Fill in this information to identify your case:**

| Debtor 1 | *Robert K Heit* | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1**  *Blackhawk Bank*<br>Creditor's Name | Describe the property that secures the claim:<br>*4402 Windsor Court Loves Park, IL 61111  Winnebago County* | $109,000.00 | $129,000.00 | $0.00 |

*400 Broad Street*
*Beloit, WI 53511*
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  *12/2005*        **Last 4 digits of account number** _____

| | | | | |
|---|---|---|---|---|
| **2.2**  *Northwest Bank of Rockford*<br>Creditor's Name | Describe the property that secures the claim:<br>*Business assets and receivables of Heit Rehabilatation & Optimal Health Center S.C. and Heith Health Center* | $92,924.23 | $135,000.00 | $0.00 |

*3106 N. Rockton*
*Rockford, IL 61103*
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  *UCC*

| Debtor 1 | *Robert K Heit* | | Case number (if know) | _____ |
| | First Name | Middle Name | Last Name | |

Date debt was incurred    *11/1989*    Last 4 digits of account number    *0069*

---

| 2.3 | *Northwest Bank of Rockford* | Describe the property that secures the claim: | $127,788.45 | $135,000.00 | $0.00 |
| | Creditor's Name | | | | |

| | *Business assets and receivables of Heit Rehabilatation & Optimal Health Center S.C. and Heith Health Center* |

*3106 N. Rockton Rockford, IL 61103*

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    *UCC - SBA Guarantee*

Date debt was incurred    *7/2010*    Last 4 digits of account number    *0097*

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $329,712.68 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $329,712.68 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐    Name Address
    *-NONE-*

On which line in Part 1 did you enter the creditor?    _____

Last 4 digits of account number    _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Robert K Heit* |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | | | |

| | |
|---|---|
| **IDES** | Last 4 digits of account number _____  **$25,000.00**  **$25,000.00**  **$0.00** |
| Priority Creditor's Name | |
| *P.O. Box 19286* | When was the debt incurred? |
| *Springfield, IL 62794* | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | ☐ Contingent |
| ☐ Debtor 1 only | ☐ Unliquidated |
| ☐ Debtor 2 only | ☐ Disputed |
| ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** |
| ■ At least one of the debtors and another | ☐ Domestic support obligations |
| **☐ Check if this claim is for a  community debt** | ■ Taxes and certain other debts you owe the government |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated |
| ■ No | ☐ Other. Specify |
| ☐ Yes | *Unemployment taxes - Heit Rehabilitation & Optimal Health Center S.C.* |

Debtor 1    *Robert K Heit*    Case number (if know) _____

---

| 2.2 | **Illinois Department of Revenue** | Last 4 digits of account number _____ | **$8,000.00** | **$8,000.00** | **$0.00** |

Priority Creditor's Name

**Bankruptcy Section**
**PO Box 64338**
**Chicago, IL 60664-0338**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
*Payroll Taxes - Heit Rehabilitation & Optimal Health Center S.C.*

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number 2806 | **$80,000.00** | **$80,000.00** | **$0.00** |

Priority Creditor's Name

**Centralized Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**When was the debt incurred?** 2013

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
*Payroll Taxes - Heit Rehabilitation & Opitmal Health Center S.C.*

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **Robert K Heit**

Case number *(if know)*

---

**4.1**    **Abidon, Inc**

Nonpriority Creditor's Name

**5301 E State St, Suite 215**
**Rockford, IL 61108**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$4,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Settlement*

*Business - Heit Rehab*

■ Other. Specify    *Personal Guarantee*

---

**4.2**    **AG Adjustments**

Nonpriority Creditor's Name

**740 Walt Whitman Road**
**Melville, NY 11747-9090**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **7910**    **$2,521.76**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Collection on behalf of Alta Financial*

■ Other. Specify    *Business - Heit Health*

---

**4.3**    **Allegra**

Nonpriority Creditor's Name

**1982 Belford North Drive**
**Belvidere, IL 61008**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3073**    **$635.84**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Trade Debt*

■ Other. Specify    *Business - Heit Health*

---

Debtor 1   **Robert K Heit**                                                    Case number *(if know)*

---

| 4.4 | **Associated Merchant Services** |
|---|---|

Nonpriority Creditor's Name

**PO Box 407066**

**Fort Lauderdale, FL 33340-7066**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number** _____   **$155.21**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Merchant Credit Card Fees*

■ Other. Specify   *Business - Heit Health*

---

| 4.5 | **Associated Visa** |
|---|---|

Nonpriority Creditor's Name

**Card Member Services**

**PO Box 6353**

**Fargo, ND 58125-6353**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**   **8797**   **$1,069.19**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Credit Card*

■ Other. Specify   *Business - Heit Health*

---

| 4.6 | **Bank of America** |
|---|---|

Nonpriority Creditor's Name

**P.O. Box 982235**

**El Paso, TX 79998-2235**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**   **8128**   **$10,037.26**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Credit Card*

■ Other. Specify   *Personal*

---

Debtor 1    **Robert K Heit**                                                                    Case number *(if know)*

---

| 4.7 | **Bioventus** | | Last 4 digits of account number | | **$1,131.20** |

Nonpriority Creditor's Name

**PO Box 204316**
**Dallas, TX 75320**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Trade Debt*

☒ Other. Specify   *Business - Heit Health*

---

| 4.8 | **BlueCross BlueShield of Illinois** | | Last 4 digits of account number | **014C** | **$139.50** |

Nonpriority Creditor's Name

**300 E. Randolph**
**Chicago, IL 60601-5099**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Overpayment of Claim*

☒ Other. Specify   *Business - Heit Health*

---

| 4.9 | **BlueCross BlueShield of Illinois** | | Last 4 digits of account number | **550X** | **$111.60** |

Nonpriority Creditor's Name

**300 E. Randolph**
**Chicago, IL 60601-5099**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Overpayment of Claim*

☒ Other. Specify   *Business - Heit Health*

---

Debtor 1   **Robert K Heit**

Case number (if know) _____

---

**4.10** | **BlueCross BlueShield of Illinois**
Nonpriority Creditor's Name
**300 E. Randolph**
**Chicago, IL 60601-5099**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **U70X**   $55.75

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Overpayment of Claim*

■ Other. Specify   **Business - Heit Health**

---

**4.11** | **BlueCross BlueShield of Illinois**
Nonpriority Creditor's Name
**300 E. Randolph**
**Chicago, IL 60601-5099**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **730X**   $340.80

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Overpayment of Claim*

■ Other. Specify   **Business - Heit Health**

---

**4.12** | **Brian Torchin**
Nonpriority Creditor's Name
**1315 Walnut Street**
**Suite 619**
**Philadelphia, PA 19107**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   _____   $2,300.00

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify   **Business - Heit Health**

---

Debtor 1    **Robert K Heit**

Case number *(if know)*

---

| 4.13 | **Business Backers** | Last 4 digits of account number | | **$3,043.34** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**10101 Alliance Road**
**Suite 140**
**Cincinnati, OH 45242**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify    *Business - Heit Health*

---

| 4.14 | **Caine & Weiner** | Last 4 digits of account number | **3360** | **$18,294.95** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**9931 Corporate Drive**
**Suite 2200**
**Louisville, KY 40223**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Collection on behalf of Milesaway*

■ Other. Specify    *Business - Heit Rehab*

---

| 4.15 | **Calvary Bookkeeping Services, Inc.** | Last 4 digits of account number | | **$610.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**5301 E. State Street**
**Rockford, IL 61108**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify    *Business - Heit Health*

---

Debtor 1    **Robert K Heit**

Case number (if know)

| | |
|---|---|
| 4.16 | **CB&C, Inc.** |

Nonpriority Creditor's Name

**195B N. Church Road**
**Franklin, NJ 07416**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$6,439.57**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

☑ Other. Specify    **Business - Heith Health**

---

| | |
|---|---|
| 4.17 | **Chase** |

Nonpriority Creditor's Name

**PO Box 15298**
**Wilmington, DE 19850-5298**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **3076**    **$6,602.64**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Credit Card*

☑ Other. Specify    **Business - Heit Rehab**

---

| | |
|---|---|
| 4.18 | **Cleargage, Inc.** |

Nonpriority Creditor's Name

**7028 W. Waters Avenue**
**Suite 399**
**Tampa, FL 33634-2292**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$5,386.15**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

☑ Other. Specify    **Business - Heit Health**

---

Debtor 1    **Robert K Heit** _____    Case number (if know) _____

| 4.19 | **Comcast Cable** | Last 4 digits of account number | **4683** | **$332.34** |

Nonpriority Creditor's Name

**4450 Kishwaukee Street**
**Rockford, IL 61109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

_Services_

■ Other. Specify    **Business - Heit Rehab**

---

| 4.20 | **ComEd** | Last 4 digits of account number | | **$434.52** |

Nonpriority Creditor's Name

**3 Lincoln Center**
**Attn: Bkcy Group-Claims**
**Department**
**Oakbrook Terrace, IL 60181**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

_Services_

■ Other. Specify    **Business - Heit Rehab**

---

| 4.21 | **Contreni Billing & Collections Inc.** | Last 4 digits of account number | | **$10,257.89** |

Nonpriority Creditor's Name

**195B N. Church Road**
**Franklin, NJ 07416**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

_Services_

■ Other. Specify    **Business - Heit Health**

---

Debtor 1   **Robert K Heit**

Case number *(if know)*

---

| 4.22 | **David Singer Enterprises** | | Last 4 digits of account number | | **$9,500.00** |

Nonpriority Creditor's Name

**401 Yelvington Avenue**
**Clearwater, FL 33755**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ☒ No


- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Services Agreement**

- ☒ Other. Specify   **Business - Heit Health**

---

| 4.23 | **Dr. Hiren Italia** | | Last 4 digits of account number | | **$5,066.00** |

Nonpriority Creditor's Name

**3401 Daniel Place Drive**
**Charlotte, NC 28213**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ☒ No


- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Trade Debt**

- ☒ Other. Specify   **Business - Heit Health**

---

| 4.24 | **Dr.-OnCall** | | Last 4 digits of account number | | **$1,828.29** |

Nonpriority Creditor's Name

**PO Box 1752**
**Dandridge, TN 37725**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ☒ No


- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Services**

- ☒ Other. Specify   **Business - Heit Health**

---

Debtor 1   **Robert K Heit**

Case number (if know)

---

| 4.25 | **Dyn Capron Holdings, Inc.** | Last 4 digits of account number | | $35,403.12 |

Nonpriority Creditor's Name

**c/o First Midwest Group, Inc.**
**6801 Spring Creek Road**
**Rockford, IL 61114**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

*Rent Arrears*

☐ Yes

■ Other. Specify   *Business - Heit Rehab*

---

| 4.26 | **EdFinancial Services** | Last 4 digits of account number | *8045* | $59,464.00 |

Nonpriority Creditor's Name

**Dept. 888055**
**Knoxville, TN 37995-8055**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify

*Student Loan*

---

| 4.27 | **Eileen F. Ahlgren** | Last 4 digits of account number | | $3,595.00 |

Nonpriority Creditor's Name

**c/o Atty. Nicholas O. Meyer**
**3400 N. Rockton Avenue**
**Rockford, IL 61103**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   *Refund Demand*

---

Debtor 1 **Robert K Heit** _____  Case number (if know) _____

| 4.28 | _First of America Bank_ | Last 4 digits of account number _____ | **$9,500.00** |

Nonpriority Creditor's Name

When was the debt incurred? **Various**

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

_Credit Card_

☐ Yes

■ Other. Specify _Personal_

---

| 4.29 | _Frankenmuth Insurance_ | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**One Mutual Avenue**
**Frankenmuth, MI 48787-0001**

When was the debt incurred? _____

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

_Services_

☐ Yes

■ Other. Specify _Business - Heit Rehab_

---

| 4.30 | _GalacTek Corp_ | Last 4 digits of account number **HEIT** | **$223.13** |

Nonpriority Creditor's Name

**Hernando Corporate Air Park**
**PO Box 15489**
**Brooksville, FL 34604**

When was the debt incurred? _____

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

_Services_

☐ Yes

■ Other. Specify _Business - Heit Rehab_

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Robert K Heit**

Case number (if know)

| | |
|---|---|
| 4.31 | **Goldberg Law Group** |

Nonpriority Creditor's Name

**120 S. Riverside Plaza**
**Suite 1675**
**Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    **$6,407.68**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

☑ Other. Specify    **Business - Heit Rehab**

---

| | |
|---|---|
| 4.32 | **Great Guys, Inc.** |

Nonpriority Creditor's Name

**PO Box 717**
**Itasca, IL 60143**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    **$229.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

☑ Other. Specify    **Business - Heit Health**

---

| | |
|---|---|
| 4.33 | **Groupon** |

Nonpriority Creditor's Name

**600 W. Chicago Avenue**
**Suite 620**
**Chicago, IL 60654**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Unredeemed Groupon vouchers*

☑ Other. Specify    **Business - Heit Health**

---

Debtor 1    *Robert K Heit*

Case number *(if know)*

---

**4.34**    *HealthSource*
Nonpriority Creditor's Name

Last 4 digits of account number _____    $22,000.00

*36901 American Way*
*Suite 7*
*Avon, OH 44011*
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Settlement*

*Business - Heit Rehab*

☐ Yes    ☒ Other. Specify    *Personal Guarantee*

---

**4.35**    *Healthy Habits Management Co*
Nonpriority Creditor's Name

Last 4 digits of account number _____    $503.70

*14 S. Baltic Place*
*Suite 150*
*Meridian, ID 83642*
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

☐ Yes    ☒ Other. Specify    *Business - Heit Health*

---

**4.36**    *Ideal Technology*
Nonpriority Creditor's Name

Last 4 digits of account number _____    *Unknown*

*60 Rue Jean Prouix*
*Gatineau, QC J8Z1W1*
*Canada*
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

☐ Yes    ☒ Other. Specify    *Business - Heit Rehab*

---

Debtor 1   **Robert K Heit**

Case number *(if know)*

---

| 4.37 | **IEMA** | Last 4 digits of account number | | **$175.00** |

Nonpriority Creditor's Name

**1035 Outer Park Drive**
**Springfield, IL 62704**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Yearly Fee*

☒ Other. Specify   **Business - Heit Rehab**

---

| 4.38 | **Illinois Pathologist Services, LLC** | Last 4 digits of account number | **8007** | **$16.00** |

Nonpriority Creditor's Name

**PO Box 9846**
**Peoria, IL 61612**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Medical*

☒ Other. Specify   **Personal**

---

| 4.39 | **In Health** | Last 4 digits of account number | | **$994.86** |

Nonpriority Creditor's Name

**5076 Winters Chapel Road**
**Suite 200**
**Atlanta, GA 30360**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Trade Debt*

☒ Other. Specify   **Business - Heit Rehab**

---

Debtor 1  **Robert K Heit**

Case number (if know) _____

---

| 4.40 | **IPFS Dr Heit** | | Last 4 digits of account number _____ | **$951.50** |

Nonpriority Creditor's Name

**1001 Winstead Drive**
**Suite 500**
**Cary, NC 27513**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify  **Business - Heit Health**

---

| 4.41 | **Johnson Professional Services, Inc.** | | Last 4 digits of account number _____ | **$548.73** |

Nonpriority Creditor's Name

**4525 Galleon Drive**
**Loves Park, IL 61111**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify  **Business - Heit Health**

---

| 4.42 | **LabCorp** | | Last 4 digits of account number _____ | **$366.75** |

Nonpriority Creditor's Name

**PO Box 12140**
**Burlington, NC 27216-2140**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify  **Business - Heit Health**

---

Debtor 1  **Robert K Heit**

_____    Case number (if know) _____

---

**4.43**

**M.A.A.M.A.**
Nonpriority Creditor's Name

**2491 Sirius Star Street**
**Henderson, NV 89044**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$450.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify   **Business - Heit Rehab**

---

**4.44**

**Mayo Clinic**
Nonpriority Creditor's Name

**PO Box 4004**
**Rochester, MN 55903-4004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$878.90**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Medical*

■ Other. Specify   **Personal**

---

**4.45**

**Mayo Clinic**
Nonpriority Creditor's Name

**PO Box 4004**
**Rochester, MN 55903-4004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1883**    **$2,228.48**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Medical*

■ Other. Specify   **Personal**

---

Debtor 1   **Robert K Heit**

Case number (if know) _____

---

| 4.46 | **McKesson Medical Surgical** | Last 4 digits of account number | **4602** | **$2,013.99** |

Nonpriority Creditor's Name

**PO Box 740215**
**Cincinnati, OH 45274-0215**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

☑ Other. Specify   **Business - Heit Health**

---

| 4.47 | **Mediware Information Systems, Inc.** | Last 4 digits of account number | **2779** | **$360.00** |

Nonpriority Creditor's Name

**PO Box 204176**
**Dallas, TX 75320-4176**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

☑ Other. Specify   **Business - Heit Rehab**

---

| 4.48 | **Nationwide Locum Tenens, LLC** | Last 4 digits of account number | | **$7,637.50** |

Nonpriority Creditor's Name

**PO Box 205348**
**Dallas, TX 75320-3704**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

☑ Other. Specify   **Business - Heit Health**

---

Debtor 1    *Robert K Heit*

Case number (*if know*)

---

**4.49** | *NCMIC*

Nonpriority Creditor's Name

*c/o Wetsch, Abbot, Osborn, et al.*
*PO Box 2165*
*Cedar Rapids, IA 52406*

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** *0995*    $20,196.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify    *Business - Heit Rehab*

---

**4.50** | *NCMIC*

Nonpriority Creditor's Name

*c/o Wetsch, Abbot, Osborn, et al.*
*974 - 73rd Street, Suite 20*
*Des Moines, IA 50324*

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** *1598*    $4,816.96

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify    *Business - Heit Rehab*

---

**4.51** | *Neurologic Relief Centers*

Nonpriority Creditor's Name

*401 Yelvington Avenue*
*Clearwater, FL 33755*

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    $6,995.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*License Agreement*

■ Other. Specify    *Business - Heit Health*

---

Debtor 1   **Robert K Heit**   Case number (if know) _____

---

| 4.52 | **Northern Leasing Systems, Inc.** | Last 4 digits of account number _____ | _____ | ***Unknown*** |

Nonpriority Creditor's Name
**419 E. Main Street**
**Suite 102**
**Middletown, NY 10940**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Unexpired Lease of Credit Card Equipment*

■ Other. Specify   ***Business - Heit Health***

---

| 4.53 | **Northern Mechanical, Inc.** | Last 4 digits of account number _____ | | **$347.44** |

Nonpriority Creditor's Name
**9933 N. Alpine Road**
**Machesney Park, IL 61115**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify   ***Business - Heit Health***

---

| 4.54 | **OSF Healthcare** | Last 4 digits of account number  **1390** | | **$3,010.50** |

Nonpriority Creditor's Name
**Common Business Office**
**PO Box 1806**
**Peoria, IL 61656-1806**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Medical*

■ Other. Specify   ***Personal***

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Robert K Heit**

Case number *(if know)*

---

| 4.55 | **Physicians Billing Systems, LLC** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**310 Paper Trail Way**
**Suite 301**
**Canton, GA 30115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$16,299.24**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify   **Business - Heit Health**

---

| 4.56 | **PPD Market America, Inc.** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1302 Pleasant Ridge Road**
**Greensboro, NC 27409**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify   **Business - Heit Rehab**

---

| 4.57 | **PSS World Medical, Inc.** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**62046 Collections Center**
**Chicago, IL 60693-0620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **4602**   **$1,964.07**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Trade Debt*

■ Other. Specify   **Business - Heit Health**

---

Debtor 1   **Robert K Heit**

---

| 4.58 | **Reno & Zahm, LLP** | Last 4 digits of account number _____ | **$3,847.75** |

Nonpriority Creditor's Name

**2902 McFarland Road**
**Suite 400**
**Rockford, IL 61107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify   **Business - Heit Rehab**

---

| 4.59 | **Rockford Business Systems** | Last 4 digits of account number _____ | **$2,160.27** |

Nonpriority Creditor's Name

**4901 Zenith Parkway**
**Machesney Park, IL 61115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify   **Business - Heit Rehab**

---

| 4.60 | **Rockford Fire Department** | Last 4 digits of account number  **7936** | **$725.20** |

Nonpriority Creditor's Name

**PO Box 8750**
**Carol Stream, IL 60197-8750**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Medical*

■ Other. Specify   **Personal**

---

Debtor 1    *Robert K Heit*

Case number *(if know)* _____

---

| 4.61 | ***Roscoe Area Chamber of Commerce*** | Last 4 digits of account number _____ | $170.00 |

Nonpriority Creditor's Name
***5310 Williams Drive***
***Roscoe, IL 61073***
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
*Services*
■ Other. Specify    ***Business - Heit Health***

---

| 4.62 | ***Sam's Club Mastercard*** | Last 4 digits of account number  *8486* | $2,686.38 |

Nonpriority Creditor's Name
***PO Box 965004***
***Orlando, FL 32896-5004***
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
*Credit Card*
■ Other. Specify    ***Business - Heit Rehab***

---

| 4.63 | ***Sole Supports*** | Last 4 digits of account number  *0007* | $711.76 |

Nonpriority Creditor's Name
***PO Box 400***
***Bon Aqua, TN 37025***
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
*Trade Debt*
■ Other. Specify    ***Business - Heit Rehab***

---

Debtor 1    **Robert K Heit**    Case number *(if know)*

---

| 4.64 | **Technology Assigned Risk** | Last 4 digits of account number _____ | **$871.60** |

Nonpriority Creditor's Name

**PO Box 740042**
**Atlanta, GA 30374-0042**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

☑ Other. Specify    *Business - Heit Rehab*

---

| 4.65 | **The Computer Handyman** | Last 4 digits of account number _____ | **$305.00** |

Nonpriority Creditor's Name

**3260 Redhawk Trail**
**Rockford, IL 61109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

☑ Other. Specify    *Business - Heit Health*

---

| 4.66 | **Tian Medical** | Last 4 digits of account number _____ | **$2,833.16** |

Nonpriority Creditor's Name

**244 E. Roosevelt**
**Lombard, IL 60148**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

*Trade Debt*

☑ Other. Specify    *Business - Heit Health*

---

Debtor 1    **Robert K Heit**

Case number (if know)

---

| 4.67 | **Verizon Wireless** | Last 4 digits of account number | **0001** | **$205.33** |

Nonpriority Creditor's Name

**Bankruptcy Administration**
**500 Technology Drive, Suite 550**
**Weldon Spring, MO 63304**

When was the debt incurred?

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify   **Business - Heit Rehab**

---

| 4.68 | **Wells Fargo Financial Bank** | Last 4 digits of account number | **4375** | **$2,657.00** |

Nonpriority Creditor's Name

**PO Box 10475**
**Des Moines, IA 50306**

When was the debt incurred?

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Credit Card*

■ Other. Specify   **Personal**

---

| 4.69 | **WilliamsMcCarthy LLP** | Last 4 digits of account number | **2860** | **$3,067.00** |

Nonpriority Creditor's Name

**120 W. State Street**
**PO Box 219**
**Rockford, IL 61105-0219**

When was the debt incurred?

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify   **Business - Heit Rehab**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Robert K Heit**

Case number (if know)

---

| 4.70 | *Wipfli* | Last 4 digits of account number | *3517* | | **$985.80** |

Nonpriority Creditor's Name

**PO Box 5407**
**Rockford, IL 61125-0407**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify   *Business - Heit Health*

---

| 4.71 | *WIPFLI, LLP* | Last 4 digits of account number | *0092* | | **$4,700.00** |

Nonpriority Creditor's Name

**PO Box 3160**
**Milwaukee, WI 53201-3160**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify   *Business - Heit Rehab*

---

| 4.72 | *Your Program Partner* | Last 4 digits of account number | | | **$161.50** |

Nonpriority Creditor's Name

**320 Mainsail Drive**
**Roscoe, IL 61073**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

*Services*

■ Other. Specify   *Business - Heit Rehab*

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1   *Robert K Heit*

Case number (if know)

---

**Altus GTS, Inc.**
**PO Box 1389**
**Kenner, LA 70063**

Line *4.46* of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Attorney Mark Rouleau**
**5301 E State St #215**
**Rockford, IL 61108**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line *4.1* of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bob Feger**
**Senior Collection Specialist**
**4100 Midway Road, Suite 2115**
**Carrollton, TX 75007**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line *4.48* of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bryant & Oakes, P.C.**
**3453 Lawrenceville-Suwanee Road**
**Suite C**
**Suwanee, GA 30024-6507**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line *4.39* of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**The Colella Law Firm LLC**
**6055 Park Square Drive**
**Lorain, OH 44053**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line *4.34* of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Vantage Sourcing**
**PO Box 6786**
**Dothan, AL 36302**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line *4.67* of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total claim |
| --- | --- | --- | --- | --- | --- |
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 113,000.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ | 113,000.00 |

| | | | | | Total Claim |
| --- | --- | --- | --- | --- | --- |
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 59,464.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 264,494.10 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ | 323,958.10 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Robert K Heit* |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | *First Midwest Group/Sunil Puri*<br>*6801 Spring Creek Road*<br>*Rockford, IL 61114* | *Guarantor of commercial lease space for business* |
| 2.2 | *Northern Leasing Systems, Inc.*<br>*419 E. Main Street*<br>*Suite 102*<br>*Middletown, NY 10940* | *Lease of Credit Card Equipment* |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Robert K Heit* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ■ Schedule D, line _**2.2**_<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>*Northwest Bank of Rockford* |
| 3.2 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.53**_<br>☐ Schedule G _____<br>*Northern Mechanical, Inc.* |
| 3.3 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.3**_<br>☐ Schedule G _____<br>*Allegra* |

| Debtor 1 | *Robert K Heit* | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.7*___<br>☐ Schedule G _____<br>*Bioventus* |
| 3.5 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.12*___<br>☐ Schedule G _____<br>*Brian Torchin* |
| 3.6 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.13*___<br>☐ Schedule G _____<br>*Business Backers* |
| 3.7 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.15*___<br>☐ Schedule G _____<br>*Calvary Bookkeeping Services, Inc.* |
| 3.8 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.23*___<br>☐ Schedule G _____<br>*Dr. Hiren Italia* |
| 3.9 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.24*___<br>☐ Schedule G _____<br>*Dr.-OnCall* |
| 3.10 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.32*___<br>☐ Schedule G _____<br>*Great Guys, Inc.* |

Debtor 1  **Robert K Heit**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11 *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.40*___<br>☐ Schedule G _____<br>*IPFS Dr Heit* |
| 3.12 *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.41*___<br>☐ Schedule G _____<br>*Johnson Professional Services, Inc.* |
| 3.13 *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.48*___<br>☐ Schedule G _____<br>*Nationwide Locum Tenens, LLC* |
| 3.14 *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.55*___<br>☐ Schedule G _____<br>*Physicians Billing Systems, LLC* |
| 3.15 *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.57*___<br>☐ Schedule G _____<br>*PSS World Medical, Inc.* |
| 3.16 *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.61*___<br>☐ Schedule G _____<br>*Roscoe Area Chamber of Commerce* |
| 3.17 *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___*4.65*___<br>☐ Schedule G _____<br>*The Computer Handyman* |

| Debtor 1 | **Robert K Heit** | Case number *(if known)* |
|---|---|---|

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.18    **Heit Health Center S.C.**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.66**___
☐ Schedule G _____
*Tian Medical*

---

3.19    **Heit Health Center S.C.**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.70**___
☐ Schedule G _____
*Wipfli*

---

3.20    **Heit Health Center S.C.**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.5**___
☐ Schedule G _____
*Associated Visa*

---

3.21    **Heit Health Center S.C.**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.22**___
☐ Schedule G _____
*David Singer Enterprises*

---

3.22    **Heit Health Center S.C.**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.51**___
☐ Schedule G _____
*Neurologic Relief Centers*

---

3.23    **Heit Health Center S.C.**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
*Cleargage, Inc.*

---

3.24    **Heit Health Center S.C.**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.16**___
☐ Schedule G _____
*CB&C, Inc.*

| Debtor 1 | *Robert K Heit* | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.25 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.35*___
☐ Schedule G _____
*Healthy Habits Management Co*

3.26 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.42*___
☐ Schedule G _____
*LabCorp*

3.27 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108*

■ Schedule D, line ___*2.3*___
☐ Schedule E/F, line _____
☐ Schedule G _____
*Northwest Bank of Rockford*

3.28 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.8*___
☐ Schedule G _____
*BlueCross BlueShield of Illinois*

3.29 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.9*___
☐ Schedule G _____
*BlueCross BlueShield of Illinois*

3.30 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.10*___
☐ Schedule G _____
*BlueCross BlueShield of Illinois*

3.31 | *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.11*___
☐ Schedule G _____
*BlueCross BlueShield of Illinois*

| Debtor 1 | *Robert K Heit* | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.32 *Heit Health Center S.C.*
*7445 E State Street*
*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.52*___
☐ Schedule G _____
*Northern Leasing Systems, Inc.*

---

3.33 *Heit Health Center S.C.*
*7445 E State Street*
*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.2*___
☐ Schedule G _____
*AG Adjustments*

---

3.34 *Heit Health Center S.C.*
*7445 E State Street*
*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.4*___
☐ Schedule G _____
*Associated Merchant Services*

---

3.35 *Heit Health Center S.C.*
*7445 E State Street*
*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.46*___
☐ Schedule G _____
*McKesson Medical Surgical*

---

3.36 *Heit Health Center S.C.*
*7445 E State Street*
*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.21*___
☐ Schedule G _____
*Contreni Billing & Collections Inc.*

---

3.37 *Heit Health Center S.C.*
*7445 E State Street*
*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.27*___
☐ Schedule G _____
*Eileen F. Ahlgren*

---

3.38 *Heit Health Center S.C.*
*7445 E State Street*
*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.33*___
☐ Schedule G _____
*Groupon*

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor 1 | *Robert K Heit* | Case number *(if known)* |
|---|---|---|

| ▉ **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.39  **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line __2.2__
☐ Schedule E/F, line _____
☐ Schedule G  _____
**Northwest Bank of Rockford**

---

3.40  **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.71__
☐ Schedule G  _____
**WIPFLI, LLP**

---

3.41  **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.19__
☐ Schedule G  _____
**Comcast Cable**

---

3.42  **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.25__
☐ Schedule G  _____
**Dyn Capron Holdings, Inc.**

---

3.43  **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.31__
☐ Schedule G  _____
**Goldberg Law Group**

---

3.44  **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.39__
☐ Schedule G  _____
**In Health**

---

3.45  **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.47__
☐ Schedule G  _____
**Mediware Information Systems, Inc.**

---

| Debtor 1 | *Robert K Heit* | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.46 | *Heit Rehabilation & Optimal Health*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ *4.43*<br>☐ Schedule G _____<br>*M.A.A.M.A.* |
| 3.47 | *Heit Rehabilation & Optimal Health*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ *4.58*<br>☐ Schedule G _____<br>*Reno & Zahm, LLP* |
| 3.48 | *Heit Rehabilation & Optimal Health*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ *4.59*<br>☐ Schedule G _____<br>*Rockford Business Systems* |
| 3.49 | *Heit Rehabilation & Optimal Health*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ *4.63*<br>☐ Schedule G _____<br>*Sole Supports* |
| 3.50 | *Heit Rehabilation & Optimal Health*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ *4.64*<br>☐ Schedule G _____<br>*Technology Assigned Risk* |
| 3.51 | *Heit Rehabilation & Optimal Health*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ *4.69*<br>☐ Schedule G _____<br>*WilliamsMcCarthy LLP* |
| 3.52 | *Heit Rehabilation & Optimal Health*<br>*7445 E State Street*<br>*Rockford, IL 61108* | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ *4.72*<br>☐ Schedule G _____<br>*Your Program Partner* |

Debtor 1   **Robert K Heit**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.53   **Heit Rehabilation & Optimal Health**
       **7445 E State Street**
       **Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.14**___
☐ Schedule G _____
**Caine & Weiner**

---

3.54   **Heit Rehabilation & Optimal Health**
       **7445 E State Street**
       **Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Chase**

---

3.55   **Heit Rehabilation & Optimal Health**
       **7445 E State Street**
       **Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.62**___
☐ Schedule G _____
**Sam's Club Mastercard**

---

3.56   **Heit Rehabilation & Optimal Health**
       **7445 E State Street**
       **Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.50**___
☐ Schedule G _____
**NCMIC**

---

3.57   **Heit Rehabilation & Optimal Health**
       **7445 E State Street**
       **Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.49**___
☐ Schedule G _____
**NCMIC**

---

3.58   **Heit Rehabilation & Optimal Health**
       **7445 E State Street**
       **Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.36**___
☐ Schedule G _____
**Ideal Technology**

---

3.59   **Heit Rehabilation & Optimal Health**
       **7445 E State Street**
       **Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.56**___
☐ Schedule G _____
**PPD Market America, Inc.**

---

Debtor 1   *Robert K Heit* _____     Case number *(if known)* _____

███ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.60   **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.29*___
☐ Schedule G _____
***Frankenmuth Insurance***

3.61   **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.20*___
☐ Schedule G _____
***ComEd***

3.62   **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.67*___
☐ Schedule G _____
***Verizon Wireless***

3.63   **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

■ Schedule D, line ___*2.3*___
☐ Schedule E/F, line _____
☐ Schedule G _____
***Northwest Bank of Rockford***

3.64   **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.1*___
☐ Schedule G _____
***Abidon, Inc***

3.65   **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.34*___
☐ Schedule G _____
***HealthSource***

3.66   **Heit Rehabilation & Optimal Health**
**7445 E State Street**
**Rockford, IL 61108**

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.30*___
☐ Schedule G _____
***GalacTek Corp***

Schedule H: Your Codebtors

| Debtor 1 | *Robert K Heit* | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.67   *Heit Rehabilation & Optimal Health*
*7445 E State Street*
*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*2.1*___
☐ Schedule G _____
*IDES*

---

3.68   *Heit Rehabilation & Optimal Health*
*7445 E State Street*
*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*2.2*___
☐ Schedule G _____
*Illinois Department of Revenue*

---

3.69   *Heit Rehabilation & Optimal Health*
*7445 E State Street*
*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*2.3*___
☐ Schedule G _____
*Internal Revenue Service*

---

3.70   *Heit Rehabilation & Optimal Health*
*7445 E State Street*
*Rockford, IL 61108*

☐ Schedule D, line _____
■ Schedule E/F, line ___*4.37*___
☐ Schedule G _____
*IEMA*

---

3.71   *Heit Rehabilation & Optimal Health*
*7445 E State Street*
*Rockford, IL 61108*

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G ___*2.1*___
*First Midwest Group/Sunil Puri*

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | *Robert K Heit* |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | *Chiropractor* | |
| | Employer's name | *Cevene Care Clinic* | |
| | Employer's address | *6451 E Riverside Blvd*<br>*Rockford, IL 61114* | |
| | How long employed there? | *12/2015 -* | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $    *6,933.00* | $    *N/A* |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$    *0.00* | +$    *N/A* |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $    *6,933.00* | $    *N/A* |

Debtor 1 **Robert K Heit**                                        Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** .................................................... | 4. | $ **6,933.00** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,893.00** | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ **1,893.00**   $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **5,040.00**   $ **N/A**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **N/A** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **0.00**   $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ **5,040.00** + $ **N/A** = $ **5,040.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ **5,040.00**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:   **Debtor closed his business Nov 2015 and now has third party employment commencing Dec 2015.**

Fill in this information to identify your case:

Debtor 1 _____**Robert K Heit**_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1
    and Debtor 2.          ■ Yes.  Fill out this information for
                                   each dependent...............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| *Son* | *17* | ■ No ☐ Yes |
| *Daughter* | *18* | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

    4. $ _____ *1,450.00*

    **If not included in line 4:**

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | *0.00* |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | *0.00* |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | *150.00* |
| 4d. | Homeowner's association or condominium dues | 4d. $ | *0.00* |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | *0.00* |

| Debtor 1 | *Robert K Heit* | Case number (if known) | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. $ | *200.00* |
| | 6b.   Water, sewer, garbage collection | 6b. $ | *60.00* |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | *250.00* |
| | 6d.   Other. Specify:   *Security* | 6d. $ | *60.00* |
| 7. | **Food and housekeeping supplies** | 7. $ | *500.00* |
| 8. | **Childcare and children's education costs** | 8. $ | *750.00* |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | *100.00* |
| 10. | **Personal care products and services** | 10. $ | *50.00* |
| 11. | **Medical and dental expenses** | 11. $ | *200.00* |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | *100.00* |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | *0.00* |
| 14. | **Charitable contributions and religious donations** | 14. $ | *25.00* |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | *166.68* |
| | 15b.   Health insurance | 15b. $ | *0.00* |
| | 15c.   Vehicle insurance | 15c. $ | *104.00* |
| | 15d.   Other insurance. Specify: | 15d. $ | *0.00* |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | *0.00* |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | *0.00* |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | *0.00* |
| | 17c.   Other. Specify: | 17c. $ | *0.00* |
| | 17d.   Other. Specify: | 17d. $ | *0.00* |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | *0.00* |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | *0.00* |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.   Mortgages on other property | 20a. $ | *0.00* |
| | 20b.   Real estate taxes | 20b. $ | *0.00* |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | *0.00* |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | *0.00* |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | *0.00* |
| 21. | **Other:** Specify:   *Student Loans* | 21. +$ | *590.00* |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | *4,755.68* |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | *4,755.68* |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | *5,040.00* |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | *4,755.68* |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | *284.32* |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.     | Explain here: |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Robert K Heit* | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____

 *Robert K Heit*                      Signature of Debtor 2
 Signature of Debtor 1

Date    1/26/16                      Date _____

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Robert K Heit* |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

☐ Married
■ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | *$6,400.00* | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Robert K Heit** _____    Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | *$36,850.00* | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | *$42,213.00* | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | *$112,050.00* | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year:**<br>(January 1 to December 31, 2013 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | *$30,387.00* | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | *$-183,707.00* | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below.. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | *S Corp Disbursements (Heit Health)* | *$6,330.78* | | |
| | *S Corp Disbursements (Heit Rehab)* | *$4,608.14* | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | *Ordinary Dividends* | *$24.00* | | |
| | *Capital Gains* | *$14,263.00* | | |
| **For the calendar year:**<br>(January 1 to December 31, 2013 ) | *Ordinary Dividends* | *$22.00* | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Robert K Heit**                                                                Case number *(if known)*

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

■   No.    Go to line 7.

☐   Yes    List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☐    Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.    Go to line 7.

☐   Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
| --- | --- | --- | --- | --- |

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■    No
☐    Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
| --- | --- | --- | --- | --- |

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■    No
☐    Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
| --- | --- | --- | --- | --- |

---

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐    No
■    Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
| --- | --- | --- | --- |
| NCMIC Finance v. Robert K Heit and Heit Rehabilatation & Optimal Health Center S.C. LACL134265 | Civil | Polk County, IA District Court Polk County Courthouse 500 Mulberry Street Des Moines, IA 50309 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1    **Robert K Heit**                                        Case number *(if known)*  _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property  Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person  Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600  Charity's Name  Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Debtor 1 | **Robert K Heit** | Case number *(if known)* |
|---|---|---|

**Part 7:** List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| *Bernard J. Natale, Ltd*<br>*Edgebrook Office Center*<br>*1639 N. Alpine Road, Suite 401*<br>*Rockford, IL 61107*<br>*Rockford, IL 61107*<br>*natalelaw@bjnatalelaw.com* | *Attorney Fees ($3,165) and Filing Fees ($335)* | *9/2015,*<br>*11/2015,*<br>*12/2015* | *$3,500.00* |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| *CarMax*<br>*6601 Odana Road*<br>*Madison, WI 53719*<br><br>*None* | *2008 Honda Ridgeline - jointly titled with Heith Rehabilitation & Opitmal Health Center S.C.*<br>*$10,000* | *All proceeds used for company payroll and other debts, and for purchase of 2003 Jeep.* | *November 2015* |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1     **Robert K Heit**                                        Case number *(if known)*

---

**Part 8:**     List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| *Northwest Bank of Rockford*<br>*3106 N. Rockton*<br>*Rockford, IL 61103* | | *Legal papers* | ☐ No<br>■ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:**     Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| *Michelle Anderson*<br>*4200 Hearthstone*<br>*Belvidere, IL 61008* | *Debtor's Residence* | *2003 Jeep Liberty* | *$3,500.00* |

---

**Part 10:**     Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Robert K Heit**

Case number *(if known)*

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ■ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ **No. None of the above applies. Go to Part 12.**
- ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| *Heit Health Center S.C.*<br>*7445 E State Street*<br>*Rockford, IL 61108* | *Non surgical pain management* | EIN: | *46-1976363* |
| | | From-To | *01/2013 - 11/2015* |
| *Heit Rehabilation & Optimal Health*<br>*7445 E State Street*<br>*Rockford, IL 61108* | *Non surgical pain management* | EIN: | *36-4452806* |
| | | From-To | *2002 - 11/2015* |
| *Heit Health and Wellness Center*<br>*7445 E. State Street*<br>*Rockford, IL 61108* | *Non surgical pain management* | EIN: | *47-5216570* |
| | | From-To | *11/2015 -* |

Debtor 1   *Robert K Heit* _____   Case number *(if known)* _____

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ■ No
   ☐ Yes. Fill in the details below.

   | Name | Date Issued |
   |------|-------------|
   | Address | |
   | (Number, Street, City, State and ZIP Code) | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____        _____
*Robert K Heit*                                   Signature of Debtor 2
**Signature of Debtor 1**

Date      1/26/16                            Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Robert K Heit* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Blackhawk Bank**<br><br>Description of property securing debt: **4402 Windsor Court Loves Park, IL 61111  Winnebago County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Northwest Bank of Rockford**<br><br>Description of property securing debt: **Business assets and receivables of Heit Rehabilatation & Optimal Health Center S.C. and Heith Health Center** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Northwest Bank of Rockford**<br><br>Description of **Business assets and** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 1

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   *Robert K Heit*                                Case number *(if known)*

| | |
|---|---|
| property securing debt: | *receivables of Heit Rehabilatation & Optimal Health Center S.C. and Heith Health Center* |

☐ Retain the property and [explain]: _____

**Part 2:   List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:   *First Midwest Group/Sunil Puri* | ■ No ☐ Yes |
| Description of leased Property:   *Guarantor of commercial lease space for business* | |
| Lessor's name:   *Northern Leasing Systems, Inc.* | ■ No ☐ Yes |
| Description of leased Property:   *Lease of Credit Card Equipment* | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1   *Robert K Heit*                                          Case number *(if known)*

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X                                                          X

**Robert K Heit**                                              Signature of Debtor 2
Signature of Debtor 1

Date        1/26/16                                        Date

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |  $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Robert K Heit_____     Case No. _____
                                    Debtor(s)      Chapter  __7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **3,165.00** |
    | Prior to the filing of this statement I have received | $ | **3,165.00** |
    | Balance Due | $ | **0.00** |

2.  $ __335.00___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):    **Filing fee paid by debtor; attorney's fees paid by Heit Rehabilitation & Optimal
    Health Center, S.C.**

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__January 27, 2016_____          __/s/ Bernard J. Natale_____
_Date_                                       **Bernard J. Natale 2018683 Illinois**
                                             _Signature of Attorney_
                                             **Bernard J. Natale, Ltd**
                                             **Edgebrook Office Center**
                                             **1639 N. Alpine Road, Suite 401**
                                             **Rockford, IL 61107**
                                             **(815) 964-4700   Fax: (815) 316-4646**
                                             **natalelaw@bjnatalelaw.com**
                                             _Name of law firm_

---

## Chapter 7 Bankruptcy Fee Agreement

Federal law requires the execution of a written agreement between attorney and client(s) for Bankruptcy representation. Signing this agreement shall engage the services of *Bernard J. Natale, Ltd.*, hereinafter "**Attorney**" for Bankruptcy representation pursuant to Title 11, United States Code.

*Whereas* ROBERT K. HEIT desire(s) to engage the services of **Attorney** to represent client's(s') interest in connection with Bankruptcy Proceedings, to be filed within four (4) months of this Agreement, **Attorney** and client(s) do hereby agree:

1.  ☐ Client(s) shall pay to **Attorney** for the services described below in paragraph 2, the base fee of **$3,165** plus costs of **$335**, prior to case filing.

2.  ☐ The **Attorney** base fee shall include services rendered *pre-petition* as follows: **Attorney** shall interview client(s), analyze, prepare and file a Chapter 7 Bankruptcy Petition and appear at the first meeting of creditors held pursuant to 11 U.S.C. 341. **Attorney** shall further review and advise with respect to reaffirmation agreements.  *Whether or not a Chapter 7 bankruptcy petition is filed, all fees paid are not refundable.*

3.  ☐ After the filing of a Chapter 7 Bankruptcy Petition, as contemplated herein, any other services provided by **Attorney** deemed necessary and incidental to the bankruptcy proceeding shall be considered *post-petition* services not contemplated by the fee agreed to in paragraph 1.  The base fee does not include preparation of amendments to Bankruptcy Schedules, including, but not limited to, amended schedules to add creditors not listed in the original petition. These services will be billed at **Attorney**'s hourly rate plus cost of Court filing fees.

4.  ☐ The base fee does not include representation in any *post-petition* services which may occur, including, but not limited to, court appearances for dischargeability issues, judicial lien avoidances, relief from stay actions, or any adversary proceedings.  These services will be billed at **Attorney**'s hourly rate plus cost of Court filing fees, client(s) will be billed and, by signature below, agrees to pay, *post-petition.*

5.  ☐ The failure of client(s) to pay for *post-petition* services when the same become due and payable, as set forth above, shall constitute cause for **Attorney** to withdraw as attorney of record and cease all further services to client(s).  Any withdrawal as attorney for client(s) shall not be deemed a waiver of fees due and payable. *Client(s) agrees to pay all reasonable costs of collection of any unpaid fees and costs, including reasonable attorney fees incurred in collection.*

6.  ☐ By executing this agreement, client(s) agree(s) that they have had an opportunity to discuss the agreement with **Attorney**, have asked any questions that have arisen, and received understandable explanations for the questions, and are fully aware of the information contained herein.

7.  ☐ If the Debtor is any entity other than individuals, those individuals signing this contract on behalf of Debtor as client(s), do hereby personally guarantee payment of fees.

CLIENT                          Date:                    BERNARD J. NATALE, LTD.

_____   1/26/16          By: _____

CLIENT                          Date:

_____

08/2014

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert K Heit**

_____
Debtor(s)

Case No. _____
Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **81**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **01/26/2016**

_____
**Robert K Heit**
Signature of Debtor

Abidon, Inc
5301 E State St, Suite 215
Rockford, IL 61108

BlueCross BlueShield of Illinois
300 E. Randolph
Chicago, IL 60601-5099

Comcast Cable
4450 Kishwaukee Street
Rockford, IL 61109

.

AG Adjustments
740 Walt Whitman Road
Melville, NY 11747-9090

Bob Feger
Senior Collection Specialist
4100 Midway Road, Suite 2115
Carrollton, TX 75007

ComEd
3 Lincoln Center
Attn: Bkcy Group-Claims Departme
Oakbrook Terrace, IL 60181

Allegra
1982 Belford North Drive
Belvidere, IL 61008

Brian Torchin
1315 Walnut Street
Suite 619
Philadelphia, PA 19107

Contreni Billing & Collections Inc.
195B N. Church Road
Franklin, NJ 07416

Altus GTS, Inc.
PO Box 1389
Kenner, LA 70063

Bryant & Oakes, P.C.
3453 Lawrenceville-Suwanee Road
Suite C
Suwanee, GA 30024-6507

David Singer Enterprises
401 Yelvington Avenue
Clearwater, FL 33755

Associated Merchant Services
PO Box 407066
Fort Lauderdale, FL 33340-7066

Business Backers
10101 Alliance Road
Suite 140
Cincinnati, OH 45242

Dr. Hiren Italia
3401 Daniel Place Drive
Charlotte, NC 28213

Associated Visa
Card Member Services
PO Box 6353
Fargo, ND 58125-6353

Caine & Weiner
9931 Corporate Drive
Suite 2200
Louisville, KY 40223

Dr.-OnCall
PO Box 1752
Dandridge, TN 37725

Attorney Mark Rouleau
5301 E State St #215
Rockford, IL 61108

Calvary Bookkeeping Services, Inc.
5301 E. State Street
Rockford, IL 61108

Dyn Capron Holdings, Inc.
c/o First Midwest Group, Inc.
6801 Spring Creek Road
Rockford, IL 61114

Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

CB&C, Inc.
195B N. Church Road
Franklin, NJ 07416

EdFinancial Services
Dept. 888055
Knoxville, TN 37995-8055

Bioventus
PO Box 204316
Dallas, TX 75320

Chase
PO Box 15298
Wilmington, DE 19850-5298

Eileen F. Ahlgren
c/o Atty. Nicholas O. Meyer
3400 N. Rockton Avenue
Rockford, IL 61103

Blackhawk Bank
400 Broad Street
Beloit, WI 53511

Cleargage, Inc.
7028 W. Waters Avenue
Suite 399
Tampa, FL 33634-2292

First Midwest Group/Sunil Puri
6801 Spring Creek Road
Rockford, IL 61114

First of America Bank

Ideal Technology
60 Rue Jean Proulx
Gatineau, QC J8Z1W1
Canada

2491 Sirius Star Street
Henderson, NV 89044

Frankenmuth Insurance
One Mutual Avenue
Frankenmuth, MI 48787-0001

IDES
P.O. Box 19286
Springfield, IL 62794

Mayo Clinic
PO Box 4004
Rochester, MN 55903-4004

GalacTek Corp
Hernando Corporate Air Park
PO Box 15489
Brooksville, FL 34604

IEMA
1035 Outer Park Drive
Springfield, IL 62704

McKesson Medical Surgical
PO Box 740215
Cincinnati, OH 45274-0215

Goldberg Law Group
120 S. Riverside Plaza
Suite 1675
Chicago, IL 60606

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Mediware Information Systems, Inc
PO Box 204176
Dallas, TX 75320-4176

Great Guys, Inc.
PO Box 717
Itasca, IL 60143

Illinois Pathologist Services, LLC
PO Box 9846
Peoria, IL 61612

Nationwide Locum Tenens, LLC
PO Box 205348
Dallas, TX 75320-3704

Groupon
600 W. Chicago Avenue
Suite 620
Chicago, IL 60654

In Health
5076 Winters Chapel Road
Suite 200
Atlanta, GA 30360

NCMIC
c/o Wetsch, Abbot, Osborn, et al.
PO Box 2165
Cedar Rapids, IA 52406

HealthSource
36901 American Way
Suite 7
Avon, OH 44011

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

NCMIC
c/o Wetsch, Abbot, Osborn, et al.
974 - 73rd Street, Suite 20
Des Moines, IA 50324

Healthy Habits Management Co
14 S. Baltic Place
Suite 150
Meridian, ID 83642

IPFS Dr Heit
1001 Winstead Drive
Suite 500
Cary, NC 27513

Neurologic Relief Centers
401 Yelvington Avenue
Clearwater, FL 33755

Heit Health Center S.C.
7445 E State Street
Rockford, IL 61108

Johnson Professional Services, Inc.
4525 Galleon Drive
Loves Park, IL 61111

Northern Leasing Systems, Inc.
419 E. Main Street
Suite 102
Middletown, NY 10940

Heit Rehabilation & Optimal Health
7445 E State Street
Rockford, IL 61108

LabCorp
PO Box 12140
Burlington, NC 27216-2140

Northern Mechanical, Inc.
9933 N. Alpine Road
Machesney Park, IL 61115

Northwest Bank of Rockford
3106 N. Rockton
Rockford, IL 61103

Sure Supports
PO Box 160
Bon Aqua, TN 37025

TMP-LI, Inc.
PO Box 3160
Milwaukee, WI 53201-3160


OSF Healthcare
Common Business Office
PO Box 1806
Peoria, IL 61656-1806

Technology Assigned Risk
PO Box 740042
Atlanta, GA 30374-0042

Your Program Partner
320 Mainsail Drive
Roscoe, IL 61073


Physicians Billing Systems, LLC
310 Paper Trail Way
Suite 301
Canton, GA 30115

The Colella Law Firm LLC
6055 Park Square Drive
Lorain, OH 44053


PPD Market America, Inc.
1302 Pleasant Ridge Road
Greensboro, NC 27409

The Computer Handyman
3260 Redhawk Trail
Rockford, IL 61109


PSS World Medical, Inc.
62046 Collections Center
Chicago, IL 60693-0620

Tian Medical
244 E. Roosevelt
Lombard, IL 60148


Reno & Zahm, LLP
2902 McFarland Road
Suite 400
Rockford, IL 61107

Vantage Sourcing
PO Box 6786
Dothan, AL 36302


Rockford Business Systems
4901 Zenith Parkway
Machesney Park, IL 61115

Verizon Wireless
Bankruptcy Administration
500 Technology Drive, Suite 550
Weldon Spring, MO 63304


Rockford Fire Department
PO Box 8750
Carol Stream, IL 60197-8750

Wells Fargo Financial Bank
PO Box 10475
Des Moines, IA 50306


Roscoe Area Chamber of Commerce
5310 Williams Drive
Roscoe, IL 61073

WilliamsMcCarthy LLP
120 W. State Street
PO Box 219
Rockford, IL 61105-0219


Sam's Club Mastercard
PO Box 965004
Orlando, FL 32896-5004

Wipfli
PO Box 5407
Rockford, IL 61125-0407