# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HEIT, ROBERT K  § Case No. 16-80176
 §
 §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $180,363.78                     Assets Exempt: $78,304.36
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,077.54        Claims Discharged
                                                  Without Payment: $82,331.00

Total Expenses of Administration: $4,504.17

3) Total gross receipts of $ 13,581.71 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,581.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $43,619.35 | $43,619.35 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,504.17 | 4,504.17 | 4,504.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 87,030.46 | 52,250.14 | 9,077.54 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 43,758.40 | 39,158.40 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $178,912.38 | $139,532.06 | $13,581.71 |

    4) This case was originally filed under Chapter 7 on January 27, 2016. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2017          By: /s/JOSEPH D. OLSEN
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| : North American | 1129-000 | 13,581.71 |
| **TOTAL GROSS RECEIPTS** | | **$13,581.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Internal Revenue Service | 4110-000 | N/A | 43,619.35 | 43,619.35 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$43,619.35** | **$43,619.35** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph D Olsen | 2100-000 | N/A | 2,108.17 | 2,108.17 | 2,108.17 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 277.65 | 277.65 | 277.65 |
| Yalden Olsen & Willette | 3110-000 | N/A | 2,048.75 | 2,048.75 | 2,048.75 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 21.41 | 21.41 | 21.41 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 19.43 | 19.43 | 19.43 |
| Rabobank, N.A. | 2600-000 | N/A | 18.76 | 18.76 | 18.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,504.17 | $4,504.17 | $4,504.17 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 44,263.13 | 44,263.13 | 7,689.94 |
| 7 | IDES | 5800-000 | N/A | 25,000.00 | 0.00 | 0.00 |
| 8 | Illinois Dept of Revenue | 5800-000 | N/A | 8,000.00 | 0.00 | 0.00 |
| 9 | Illinois Dept of Revenue | 5800-000 | N/A | 1,780.32 | 0.00 | 0.00 |
| 10P | Illinois Department of Revenue | 5800-000 | N/A | 7,987.01 | 7,987.01 | 1,387.60 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $87,030.46 | $52,250.14 | $9,077.54 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 1,597.28 | 1,597.28 | 0.00 |
| 2 | Abidon, Inc | 7100-000 | N/A | 3,500.00 | 3,500.00 | 0.00 |
| 3 | Hirenkumar D Italia | 7100-000 | N/A | 4,600.00 | 0.00 | 0.00 |
| 4 | Wipfli LLP | 7100-000 | N/A | 5,800.00 | 5,800.00 | 0.00 |
| 5 | Physician's Billing System, LLC | 7100-000 | N/A | 17,604.39 | 17,604.39 | 0.00 |
| 6 | Reno & Zahm LLP | 7100-000 | N/A | 4,025.25 | 4,025.25 | 0.00 |
| 10U | Illinois Department of Revenue | 7100-000 | N/A | 713.10 | 713.10 | 0.00 |
| 11 | WilliamsMcCarthy LLP | 7100-000 | N/A | 3,232.00 | 3,232.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 12 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,686.38 | 2,686.38 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $43,758.40 | $39,158.40 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-80176  
**Case Name:** HEIT, ROBERT K  

**Period Ending:** 01/16/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/27/16 (f)  
**§341(a) Meeting Date:** 03/03/16  
**Claims Bar Date:** 07/29/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4402 Windsor Court<br>Single-family home  4402 Wind | 129,000.00 | 0.00 | | 0.00 | FA |
| 2 | Deposits of money - : Blackhawk Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Deposits of money - : Associated Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Deposits of money - : Associated Bank | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Deposits of money - : Northwest Bank - Robert K | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Normal complement of household goods and furnish | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | Normal complement of household electronics | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Odd miscellaneous coin collection | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Normal complement of clothing | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Misc jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 11 | 1 shotgun, 3 pistols | 500.00 | 0.00 | | 0.00 | FA |
| 12 | F & G Life - term insurance<br>Robert K. Heit Famil | 1.00 | 0.00 | | 0.00 | FA |
| 13 | Prudential - universal life (xxx8898)<br>Robert K. | 3,160.00 | 0.00 | | 0.00 | FA |
| 14 | Protective Life Insurance<br>Company-term insurance | 1.00 | 0.00 | | 0.00 | FA |
| 15 | TransAmerica Life Insurance Co.- term<br>insurance | 1.00 | 0.00 | | 0.00 | FA |
| 16 | : North American | 20,336.00 | 0.00 | | 13,581.71 | FA |
| 17 | : American Equity | 17,217.00 | 0.00 | | 0.00 | FA |
| 18 | : Prudential | 500.00 | 0.00 | | 0.00 | FA |
| 19 | : Prudential | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | Heit Rehabilation & Optimal Health Center S. C. | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Heit Health Center S.C. - business closed, 1% ow | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Wells Fargo Shareowner Services<br>Walgreens Boots | 1,645.42 | 0.00 | | 0.00 | FA |
| 23 | Heit Health & Wellness Center, 1% ownership | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-80176  
**Case Name:** HEIT, ROBERT K

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/27/16 (f)  
**§341(a) Meeting Date:** 03/03/16

**Period Ending:** 01/16/17

**Claims Bar Date:** 07/29/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24 | Ford Windstar 1998. Entire property value: $500. | 500.00 | 0.00 | | 0.00 | FA |
| 25 | Jeep Liberty 2003 Debtor paid $3,500 to Michelle | 3,500.00 | 0.00 | | 0.00 | FA |
| 26 | Chicago Cub Baseball Season Tickets - 1/4 intere | 0.00 | 0.00 | | 0.00 | FA |
| 27 | (2) Illinois Bright Start College 529 Savings Pl | 16,188.36 | 0.00 | | 0.00 | FA |
| 27 | Assets   Totals (Excluding unknown values) | $200,699.78 | $0.00 | | $13,581.71 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2016          **Current Projected Date Of Final Report (TFR):**     November 17, 2016  (Actual)

Printed: 01/16/2017 10:22 AM     V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-80176  
**Case Name:** HEIT, ROBERT K  

**Taxpayer ID #:** **-***4604  
**Period Ending:** 01/16/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/25/16 | {16} | North American Company | Surrender value | 1129-000 | 13,581.71 | | 13,581.71 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,571.71 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.41 | 13,550.30 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.43 | 13,530.87 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.76 | 13,512.11 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.67 | 13,491.44 |
| 12/13/16 | 101 | Joseph D Olsen | | 2100-000 | | 2,108.17 | 11,383.27 |
| 12/13/16 | 102 | JOSEPH D. OLSEN | | 2200-000 | | 277.65 | 11,105.62 |
| 12/13/16 | 103 | Yalden Olsen & Willette | | 3110-000 | | 2,048.75 | 9,056.87 |
| 12/13/16 | 104 | Internal Revenue Service | | 5800-000 | | 7,689.94 | 1,366.93 |
| 12/14/16 | | Rabobank, N.A. | Bank and Technology Service Fee Refund | 2600-000 | | -20.67 | 1,387.60 |
| 12/15/16 | 105 | Illinois Department of Revenue | | 5800-000 | | 1,387.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,581.71 | 13,581.71 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,581.71 | 13,581.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,581.71** | **$13,581.71** | |

Net Receipts : 13,581.71  
Net Estate : $13,581.71

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5366** | 13,581.71 | 13,581.71 | 0.00 |
| | **$13,581.71** | **$13,581.71** | **$0.00** |